# United States District Court

SOUTHERN DISTRICT OF NEW YORK

JOSEPH DE STEFANO,

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

MAYOR MARLINDA DUNCANSON, in her individual and official capacity, POLICE CHIEF MATTHEW T. BYRNE, in his individual and official capacity, SPECIAL AGENT WILLIAM MARTINEZ, in his individual and official capacity, JULIE GRENZHAUSER-MONTALVO, in her individual and official capacity and VINCENT BIONDO,

TO: (Name and address of defendant)

MAYOR MARLINDA DUNCANSON
C/O CITY OF MIDDLETOWN
16 James Street
Middletown, New York 10940

**08 CIV. 3419**

**JUDGE ROBINSON**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DUPEE & MONROE, P.C.
211 Main Street, Box 470
Goshen, New York 10924

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: J. Michael McMahon

DATE: APR 0 7 2008

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 4/10/08 |
| NAME OF SERVER (PRINT) Joseph R. Marrero | TITLE Private Investigator |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Mayor Marlinda Duncanson 16 James St., 1st Fl. Mayor's Office, Middletown, NY 10940

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 10, 2008
            Date

Signature of Server

P.O. Box 306 Goshen, N.Y. 10924
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

JOSEPH DE STEFANO,

## SUMMONS IN A CIVIL CASE

V.     CASE NUMBER:

MAYOR MARLINDA DUNCANSON, in her individual and official capacity,
POLICE CHIEF MATTHEW T. BYRNE, in his individual and official capacity,
SPECIAL AGENT WILLIAM MARTINEZ, in his individual and official capacity,
JULIE GRENZHAUSER-MONTALVO, in her individual and official capacity and
VINCENT BIONDO,

TO: (Name and address of defendant)

JULIE GRENZHAUSER-MONTALVO
C/O City of Middletown
16 James Street
Middletown, New York 10940

**08 CIV. 3419**

**JUDGE ROBINSON**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DUPEE & MONROE, P.C.
211 Main Street, Box 470
Goshen, New York 10924

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                              APR 0 7 2008

CLERK                                              DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 4/10/08 |
| NAME OF SERVER (PRINT) Joseph R. Marrero | TITLE Private Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Julie Grenzhauser-Montalvo, 16 James St., 3rd fl., HUD Office Middletown, NY 10940

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 10, 2008
             Date                    Signature of Server

P.O. Box 306 Goshen NY 10924
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

JOSEPH DE STEFANO,

## SUMMONS IN A CIVIL CASE

V.   CASE NUMBER:

MAYOR MARLINDA DUNCANSON, in her individual and official capacity,
POLICE CHIEF MATTHEW T. BYRNE, in his individual and official capacity,
SPECIAL AGENT WILLIAM MARTINEZ, in his individual and official capacity,
JULIE GRENZHAUSER-MONTALVO, in her individual and official capacity and
VINCENT BIONDO,

**08 CIV. 3419**

TO: (Name and address of defendant)

POLICE CHIEF MATTHEW T. BYRNE
C/O CITY OF MIDDLETOWN POLICE DEPARTMENT
2 James Street
Middletown, New York 10940

**JUDGE ROBINSON**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DUPEE & MONROE, P.C.
211 Main Street, Box 470
Goshen, New York 10924

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    APR 0 7 2008
CLERK                                                 DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 4/10/08 |
| NAME OF SERVER (PRINT) Joseph R. Marrero | TITLE Private Investigator |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Police Chief Matthew T. Byrne, City of Middletown Police Dept., 2 James St., 1st fl., Middletown, NY 10940

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 10, 2008
Date

Signature of Server

P.O. Box 366 Goshen N.Y. 10924
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.