UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JOSEPH DE STEFANO,

                Plaintiff,

-against-

MAYOR MARLINDA DUNCANSON, in her individual and official capacity, POLICE CHIEF MATTHEW T. BYRNE, in his individual and official capacity, SPECIAL AGENT WILLIAM MARTINEZ, in his individual and official capacity, JULIE GRENZHAUSER-MONTALVO, in her individual and official capacity and VINCENT BIONDO

                Defendants.
------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Docket No.
08 Civ. 3419 (SCR)

**PLEASE TAKE NOTICE** that Brian S. Sokoloff, a member of the firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, attorneys for defendants MARLINDA DUNCANSON and JULIE GRENZHAUSER-MONTALVO, hereby files this notice solely for the purpose of receiving ECF alerts via email, reserving for defendants the right to contest jurisdiction or service.

Dated: Mineola, New York
      May 8, 2008

                         MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP
                         Attorneys for Defendants MARLINDA DUNCANSON and JULIE GRENZHAUSER-MONTALVO

By: /s/ Brian S. Sokoloff
       BRIAN S. SOKOLOFF (bss-7147)
240 Mineola Boulevard
The Esposito Building
Mineola, New York 11501
(516) 741-7676
Our File No. 08-226

TO:   DUPEE, DUPEE & MONROE, P.C.
       Attorneys for Plaintiff
       30 Matthews Street, PO Box 470
       Goshen, New York 10924