AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

JOSEPH DE STEFANO,

### SUMMONS IN A CIVIL CASE

V.   CASE NUMBER:

MAYOR MARLINDA DUNCANSON, in her individual and official capacity,
POLICE CHIEF MATTHEW T. BYRNE, in his individual and official capacity,
SPECIAL AGENT WILLIAM MARTINEZ, in his individual and official capacity,
JULIE GRENZHAUSER-MONTALVO, in her individual and official capacity and
VINCENT BIONDO,

**08 CIV. 3419**
**JUDGE ROBINSON**

TO: (Name and address of defendant)

SPECIAL AGENT WILLIAM MARTINEZ
C/O U.S. Department of Housing and Urban Development
Office of Inspector General
26 Federal Plaza, Ste. 3437
New York, New York 10278

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DUPEE & MONROE, P.C.
211 Main Street, Box 470
Goshen, New York 10924

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**   APR 0 7 2008

CLERK   DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE 5/1/08 attached to door @ 3:10pm mailed

NAME OF SERVER (PRINT) Scott Perry

TITLE Private Investigator

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): On 5/1/08 attached Summons/Complaint to door @ US Dept of Housing + Urban Development, Office of Insp. General, 26 Federal Plaza, Ste. 3437, NY, NY 10278 @ 3:10 pm mailed to same address.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/16/08
Date

X Scott F. Perry
Signature of Server

POB 306, Goshen NY 10924
Address of Server

J. MICHAEL McMAHON

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.