

# DUPÉE & MONROE, P.C.
## Attorneys at Law

211 Main Street, P.O. Box 470
Goshen, New York 10924

Tel: (845) 294-8900
Fax: (845) 294-3619

www.dupeelaw.com
e-mail: law@dupeelaw.com

New York City Office
381 Park Ave. So., Ste. 701
New York, NY 10016

JON CHARLES DUPÉE (1939-2001)

JON C. DUPÉE, JR.*
JAMES E. MONROE**
WILLIAM J. GARVIN
PETER W. GREEN**
* ADMITTED TO PRACTICE IN NY, NJ & PA
** ADMITTED TO PRACTICE IN NY & NJ

May 16, 2008

VIA FACSIMILE: 914-390-4179
Honorable Stephen C. Robinson, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas St., Room 633
White Plains, NY 10601

**MEMO ENDORSED**

RE: DE STEFANO v. DUNCANSON, et al
CASE NO. 08CIV3419(SCR)
OUR FILE NO. 08104P

Dear Judge Robinson:

Our law firm has the privilege of representing the plaintiff in connection with the above matter. We are writing with respect to the Court's Scheduling Order dated April 10, 2008. The Court's Order directs that a joint discovery schedule be submitted to the Court by today. A copy of the Court's Scheduling Order was forwarded to the City of Middletown's Corporation Counsel's office on April 28, 2008. Since this time, the defendants have requested an additional 45 days to file their answers.

As of this date, a notice of appearance has been filed by the law firm of Miranda & Sokoloff on behalf of the defendants Duncanson and Grenzhauser-Montalvo. Since the remaining defendants have not appeared by counsel or answered plaintiff's complaint, we are requesting that the date for the filing of the parties' discovery schedule be extended to May 30, 2008.

We appreciate the Court's time and consideration.

Very truly yours,

JAMES E. MONROE (JM2266)

JEM/ll
cc: **Via Facsimile: 516-741-9060**
Miranda & Sokoloff, LLP
240 Mineola Blvd.
Mineola, New York 11501
Attention: Michael Miranda, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #:
DATE F[ILED]:

**Via Facsimile: 845-346-4146**
City of Middletown
Corporation Counsel's Office
16 James St.
Middletown, New York
Attention: Alex Smith, Corporation Counsel

SO-ORDERED: *Stephen C. Robinson* 5/20/08

HON. STEPHEN C. ROBINSON, U.S.D.J.