AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Joseph DeStefano,

vs.

Mayor Marlinda Duncanson

**APPEARANCE**

Case Number: 08 cv 3419 (SCR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Defendant Matthew Byrne

I certify that I am admitted to practice in this court.

June 3, 2008
Date

Signature

John J. Walsh      4092
Print Name            Bar Number

55 Church St., Suite 211
Address

White Plains, NY      10601
City          State          Zip Code

914-385-6000      914-385-6060
Phone Number          Fax Number