**HODGES WALSH & SLATER, LLP**
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601

(914) 385-6000
FAX (914) 385-6060
www.hwslaw.com

John J. Walsh II, Esq.
Direct E-Mail: jwalsh@hwslaw.com

May 30, 2008

**MEMO ENDORSED**

**VIA FACSIMILE: 914-390-4179**
Honorable Stephen C. Robinson, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: De Stefano v. Duncanson, et al
Case No: 08CIV3419(SCR)
Our File No: 053-050

Dear Judge Robinson:

We have recently been assigned to assume the defense of defendant Matthew Byrne in the above matter. In discussing this matter with the attorneys for the plaintiff we have learned that Your Honor has forwarded a Scheduling Order for consideration by counsel.

After speaking to Mr. Monroe we have agreed that we will mutually request an extension of time to file the Discovery Schedule up to and including June 30, 2008, with Your Honor's permission.

Thank you for your time and consideration.

Most respectfully yours,

John J. Walsh (4092)

JJW:kl

CC: Dupee & Monroe (Via Fax – 845-294-3619)
Miranda & Sokoloff, LLP (Via Fax – 516-741-9060)

**APPLICATION GRANTED**

*Stephen C Robinson*  6/4/08
HON. STEPHEN C. ROBINSION